| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CECCHI, CLAIRE C. | 2. Court or Organization US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 3. Date of Report 12/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US FEDERAL JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address Martin Luther King Jr Fed Bldg 50 Walnut Street Newark, NJ 07102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | |
| 2. 2016 | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great West Financial | 401k loan | K |
| 2. | Citibank | Unsecured credit lines | M |
| 3. | American Express | Credit Card | K |
| 4. | MassMutual | Life Insurance loan | J |
| 5. | Northwestern Life | Life Insurance loan | K |
| 6. | Esquire Bank | Unsecured credit line | N |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking accounts | A | Interest | J | T | | | | | |
| 2. Citibank - Checking accounts | A | Interest | J | T | | | | | |
| 3. Northwestern Mutual Ins Cash Value | A | Interest | J | T | | | | | |
| 4. Guardian Whole Life | B | Interest | K | T | | | | | |
| 5. Mass Mutual Whole Life | A | Interest | K | T | | | | | |
| 6. 401(k) #1 - Lines 7-8 (H) | | | | | | | | | |
| 7. - AmericanFunds Inv Fund | A | Dividend | L | T | | | | | |
| 8. - Mainstay Large Cap | A | Dividend | K | T | | | | | |
| 9. SEP #1 (H) | | | | | | | | | |
| 10. - UBS Bank (Cash account) | A | Int./Div. | J | T | | | | | |
| 11. 401(k) #2 - Lines 12-13 (H) | | | | | | | | | |
| 12. - American Century Growth Fund | F | Dividend | N | T | | | | | |
| 13. - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 14. ▓▓▓▓▓▓▓ | | None | P2 | W | | | | | |
| 15. Mark Pharmaceutical (Unlisted Security) | | None | J | T | | | | | |
| 16. Brokerage #1 - Lines 17-19 (H) | | | | | | | | | |
| 17. - Western Asset Money Mkt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Total Stock Market etf | A | Dividend | J | T | | | | | |
| 19.   - Prudential Short-term Corp Bond Fund | A | Int./Div. | J | T | | | | | |
| 20.   Franklin Templeton 529 Age 9-12 | A | Dividend | K | T | | | | | |
| 21.   Brokerage #2 - Lines 22-556 (H) | | | | | | | | | |
| 22.   - Genpact Ltd | | None | | | Buy | 03/01/16 | J | | |
| 23. | | | | | Sold | 04/11/16 | J | A | |
| 24.   - Versus Purchase | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 25. | | | | | Sold | 04/11/16 | J | A | |
| 26.   - Nielson Holdings | A | Dividend | | | Buy (add'l) | 01/05/16 | J | | |
| 27. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 28. | | | | | Sold | 04/11/16 | J | A | |
| 29.   - XL Group PLC | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 30. | | | | | Sold | 04/11/16 | J | A | |
| 31.   - Lyondellbasell Ind | A | Dividend | | | Sold | 03/30/16 | J | A | |
| 32.   - NXP Semiconductor | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 33. | | | | | Sold | 04/11/16 | J | A | |
| 34.   - AES Corp | A | Dividend | | | Buy (add'l) | 02/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 36. | | | | | Sold | 04/11/16 | J | A | |
| 37.   - AECOM Com | | None | | | Sold (part) | 03/23/16 | J | A | |
| 38. | | | | | Sold | 04/11/16 | J | A | |
| 39.   - Akamai Technologies | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 40. | | | | | Sold (part) | 03/23/16 | J | A | |
| 41. | | | | | Sold | 04/11/16 | J | A | |
| 42.   - AKZO NV Spon ADR | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 43. | | | | | Sold | 04/11/16 | J | A | |
| 44.   - Alexion Pharmaceuticals | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 45. | | | | | Sold | 04/11/16 | J | A | |
| 46.   - Alphabet Inc - Cl C | | None | | | Buy | 02/03/16 | J | | |
| 47. | | | | | Sold | 04/11/16 | J | A | |
| 48.   - Alphabet Inc - Cl A | | None | | | Buy | 03/01/16 | J | | |
| 49. | | | | | Sold | 04/11/16 | J | A | |
| 50.   - Amazon | | None | | | Buy (add'l) | 02/10/16 | J | | |
| 51. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Airlines | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 53. | | | | | Sold | 04/11/16 | J | A | |
| 54. - Ameriprise Financial | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 55. | | | | | Sold | 04/11/16 | J | A | |
| 56. - Amphenol Corp | A | Dividend | | | Buy | 03/01/16 | J | | |
| 57. | | | | | Sold | 04/11/16 | J | A | |
| 58. - Ansys Inc | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 59. | | | | | Sold | 04/11/16 | J | A | |
| 60. - Apache Corp | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 61. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 62. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 63. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 64. | | | | | Sold | 04/11/16 | J | A | |
| 65. - Apple Inc | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |
| 66. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 67. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 68. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Artisan International | | None | | | Sold | 04/11/16 | J | A | |
| 70. - Baker Hughes | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 71. | | | | | Sold | 04/11/16 | J | A | |
| 72. - Baxalta Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 73. | | | | | Sold | 04/11/16 | J | A | |
| 74. - Baxter Intl | A | Dividend | | | Buy (add'l) | 02/11/16 | J | | |
| 75. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 76. | | | | | Sold | 04/11/16 | J | A | |
| 77. - Bemis Co | | None | | | Buy | 03/30/16 | J | | |
| 78. | | | | | Sold | 04/11/16 | J | A | |
| 79. - Boeing Co | A | Dividend | | | Buy | 01/26/16 | J | | |
| 80. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 81. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 82. | | | | | Sold | 04/11/16 | J | A | |
| 83. - Bristol Myers Squibb | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 84. | | | | | Sold | 04/11/16 | J | A | |
| 85. - Brown Advisory | | None | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Capital One | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 87. | | | | | Sold | 04/11/16 | J | A | |
| 88.  - Cisco Systems | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 89. | | | | | Sold | 04/11/16 | J | A | |
| 90.  - Cognizant Technologies | | None | | | Buy | 03/01/16 | J | | |
| 91. | | | | | Sold | 04/11/16 | J | A | |
| 92.  - Colfax Corp | | None | | | Sold (part) | 01/04/16 | J | A | |
| 93. | | | | | Sold (part) | 01/12/16 | J | A | |
| 94. | | | | | Sold | 01/21/16 | J | A | |
| 95.  - Comcast | A | Dividend | | | Buy | 01/26/16 | J | | |
| 96. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 97. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 98. | | | | | Sold (part) | 03/23/16 | J | A | |
| 99. | | | | | Sold | 04/11/16 | J | A | |
| 100.  - Community Health | | None | | | Sold | 03/10/16 | J | A | |
| 101.  - Costco | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 102. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  - Deutsche X-Trackers | | None | | | Sold | 04/11/16 | J | A | |
| 104.  - Danaher Corp | A | Dividend | | | Buy | 03/01/16 | J | | |
| 105. | | | | | Sold | 04/11/16 | J | A | |
| 106.  - Davita Healthcare | | None | | | Buy | 03/01/16 | J | | |
| 107. | | | | | Sold | 04/11/16 | J | A | |
| 108.  - Devon Energy | A | Dividend | | | Buy | 03/02/16 | J | | |
| 109. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 110. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 111. | | | | | Sold | 04/11/16 | J | A | |
| 112.  - Discover Financial | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 113. | | | | | Sold | 04/11/16 | J | A | |
| 114.  - Doubleline Emerging Mkts | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 115. | | | | | Sold (part) | 03/23/16 | J | A | |
| 116. | | | | | Sold | 04/11/16 | J | A | |
| 117.  - Dynegy Inc New Del | | None | | | Sold (part) | 03/01/16 | J | | |
| 118. | | | | | Buy (add'l) | 04/06/16 | J | | |
| 119. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Eaton Vance | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 121. | | | | | Sold | 04/11/16 | J | A | |
| 122.  - Ecolab Inc | A | Dividend | | | Buy | 02/26/16 | J | | |
| 123. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 124. | | | | | Sold | 04/11/16 | J | A | |
| 125.  - Ericsson L M Tel Co | | None | | | Sold | 04/11/16 | J | A | |
| 126.  - Exelon Corp | A | Dividend | | | Buy (add'l) | 01/05/16 | J | | |
| 127. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 128. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 129. | | | | | Sold (part) | 03/23/16 | J | | |
| 130. | | | | | Sold | 04/11/16 | J | | |
| 131.  - Express Scripts Hldg Co | | None | | | Buy | 03/01/16 | J | | |
| 132. | | | | | Sold | 04/11/16 | J | A | |
| 133.  - FMC Technologies Inc | | None | | | Sold (part) | 02/03/16 | J | A | |
| 134. | | | | | Sold (part) | 02/05/16 | J | A | |
| 135. | | | | | Sold (part) | 02/10/16 | J | A | |
| 136. | | | | | Sold | 02/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Facebook | | None | | | Sold (part) | 02/05/16 | J | A | |
| 138. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 139. | | | | | Sold | 04/11/16 | J | A | |
| 140. - Fleetcor Technologies | | None | | | Sold (part) | 03/23/16 | J | A | |
| 141. | | | | | Sold | 04/11/16 | J | A | |
| 142. - GNC Hldgs Inc | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 143. - Gap Inc | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 144. - Genworth Finl | | None | | | Sold | 04/11/16 | J | A | |
| 145. - Gilead Sciences Inc | | None | | | Buy | 04/06/16 | J | | |
| 146. | | | | | Sold | 04/11/16 | J | A | |
| 147. - Gulfport Energy Corp | | None | | | Sold | 04/11/16 | J | A | |
| 148. - Halliburton Co | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 149. | | | | | Sold (part) | 03/23/16 | J | A | |
| 150. | | | | | Sold | 04/06/16 | J | A | |
| 151. - Hartford Finl Svcs | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 152. | | | | | Sold | 04/11/16 | J | A | |
| 153. - The Hartford Smallcap | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Honeywell Intl Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 155. | | | | | Sold | 04/11/16 | J | A | |
| 156.  - Huntington Ingalls | | None | | | Buy | 04/06/16 | J | | |
| 157. | | | | | Sold | 04/11/16 | J | A | |
| 158.  - Interpublic Group Co | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 159. | | | | | Sold | 04/11/16 | J | A | |
| 160.  - Ishares Tr Russell | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 161.  - Ishares Inc Core Msc | | None | | | Sold (part) | 03/01/16 | J | A | |
| 162. | | | | | Sold (part) | 03/23/16 | J | A | |
| 163. | | | | | Sold | 04/11/16 | K | A | |
| 164.  - JP Morgan Chase & Co | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 165. | | | | | Sold | 04/11/16 | J | A | |
| 166.  - Keycorp New Com | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 167.  - Kroger Co Com | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 168. | | | | | Sold | 04/11/16 | J | A | |
| 169.  - Estee Lauder Companies | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 170. | | | | | Sold | 04/11/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Lear Corp | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 172. - Clearbridge Aggressive | | None | | | Buy | 03/01/16 | J | | |
| 173. | | | | | Sold | 04/11/16 | J | A | |
| 174. - Western Asset Institutional | | None | | | Sold | 03/01/16 | J | A | |
| 175. - Lincoln Natl Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 176. | | | | | Sold | 04/11/16 | J | A | |
| 177. - Lord Abbett Intermediate Tax Free Fund | B | Dividend | | | Sold | 04/11/16 | K | A | |
| 178. - MFS International Equity | | None | | | Sold | 04/11/16 | J | A | |
| 179. - Macy's Inc | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 180. | | | | | Sold | 04/11/16 | J | A | |
| 181. - Marathon Oil Corp | A | Dividend | | | Buy (add'l) | 02/03/16 | J | | |
| 182. | | | | | Buy (add'l) | 02/23/16 | J | | |
| 183. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 184. | | | | | Sold | 04/11/16 | J | A | |
| 185. - Marathon Pete Corp | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 186. - Mead Johnson Nutrition | A | Distribution | | | Sold | 04/11/16 | J | A | |
| 187. - Merck & Co | A | Dividend | | | Buy (add'l) | 01/20/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/23/16 | J | | |
| 189. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 190. | | | | | Sold (part) | 03/26/16 | J | A | |
| 191. | | | | | Sold | 04/11/16 | J | A | |
| 192. - Metlife | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 193. | | | | | Sold | 04/06/16 | J | A | |
| 194. - Morgan Stanley | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 195. | | | | | Sold | 04/11/16 | J | A | |
| 196. - Nasdaq Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 197. | | | | | Sold | 04/11/16 | J | A | |
| 198. - National Instrs Corp | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 199. - Netsuite Inc | | None | | | Buy (add'l) | 02/08/16 | J | | |
| 200. | | | | | Sold | 04/11/16 | J | A | |
| 201. - Newell Rubbermaid Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 202. | | | | | Sold | 04/11/16 | J | A | |
| 203. - Nokia Corp | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 204. | | | | | Sold | 04/11/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Outfront Media | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 206. - Pfizer Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 207. | | | | | Sold | 04/11/16 | J | A | |
| 208. - Prudential Finl Inc | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 209. - Qualcomm Inc | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 210. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 211. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 212. | | | | | Sold | 04/11/16 | J | A | |
| 213. - Quest Diagnostice Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 214. | | | | | Sold | 03/22/16 | J | A | |
| 215. - Raytheon Co | A | Dividend | | | Buy | 03/01/16 | J | | |
| 216. | | | | | Sold | 04/11/16 | J | A | |
| 217. - Regions Finl Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 218. | | | | | Sold | 04/11/16 | J | A | |
| 219. - Reliance Stl & Alum Co | A | Dividend | | | Buy | 01/13/16 | J | | |
| 220. | | | | | Sold (part) | 03/01/16 | J | A | |
| 221. | | | | | Sold (part) | 03/23/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 04/11/16 | J | A | |
| 223. - T Rowe Price Blue Chip | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 224. | | | | | Sold | 04/11/16 | K | A | |
| 225. - SBA Communications Corp | | None | | | Buy | 02/03/16 | J | | |
| 226. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 227. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 228. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 229. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 230. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 231. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 232. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 233. | | | | | Sold (part) | 03/23/16 | J | A | |
| 234. | | | | | Sold | 04/11/16 | J | A | |
| 235. - SLM Corp | | None | | | Buy (add'l) | 02/17/16 | J | | |
| 236. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 237. | | | | | Sold | 04/11/16 | J | A | |
| 238. - St Jude Med Inc | A | Distribution | | | Buy | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 38

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

12/19/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 240. | | | | | Sold | 04/11/16 | J | A | |
| 241. - Salesforce.com Inc | | None | | | Buy | 03/01/16 | J | | |
| 242. | | | | | Sold | 04/11/16 | J | A | |
| 243. - Schwab Charles Corp | A | Dividend | | | Buy | 03/01/16 | J | | |
| 244. | | | | | Sold | 04/11/16 | J | A | |
| 245. - Scripps Networks Interactive | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 246. | | | | | Sold (part) | 03/23/16 | J | A | |
| 247. | | | | | Sold | 04/11/16 | J | A | |
| 248. - Starbucks Corp | A | Dividend | | | Buy | 03/01/16 | J | | |
| 249. | | | | | Sold | 04/11/16 | J | A | |
| 250. - Starwood Ppty | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 251. | | | | | Sold (part) | 03/23/16 | J | A | |
| 252. | | | | | Sold | 04/11/16 | J | A | |
| 253. - Stericycle Inc Com | | None | | | Sold | 04/11/16 | J | A | |
| 254. - Suncor Energy Inc | | None | | | Sold | 02/11/16 | J | A | |
| 255. - Superior Energy Svcs Inc | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 03/23/16 | J | A | |
| 257. | | | | | Sold | 04/11/16 | J | A | |
| 258.  - Telephone & Data Sys Inc | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 259.  - Teradyne Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 260. | | | | | Sold | 04/11/16 | J | A | |
| 261.  - Teva Pharmaceutical | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 262. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 263. | | | | | Sold | 04/11/16 | J | A | |
| 264.  - Tripadvisor Inc | | None | | | Buy (add'l) | 02/08/16 | J | | |
| 265. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 266. | | | | | Sold | 04/11/16 | J | A | |
| 267.  - Tupperware Brands Co | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 268.  - Tyson Foods Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 269. | | | | | Sold | 04/11/16 | J | A | |
| 270.  - UGI Corp | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 271.  - Under Armour Inc Cl A | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 272. | | | | | Buy (add'l) | 01/25/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 274. | | | | | Sold (part) | 03/23/16 | J | A | |
| 275. | | | | | Sold | 04/11/16 | J | A | |
| 276. - Under Armour Inc Cl C | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 277. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 278. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 279. | | | | | Sold | 04/11/16 | J | A | |
| 280. - Valero Energy Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 281. | | | | | Sold | 04/11/16 | J | A | |
| 282. - Verizon Communications | A | Dividend | | | Sold (part) | 02/23/16 | J | A | |
| 283. | | | | | Sold (part) | 03/30/16 | J | A | |
| 284. | | | | | Sold | 04/11/16 | J | A | |
| 285. - Visa Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 286. | | | | | Sold | 04/11/16 | J | A | |
| 287. - Wabtec Com | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |
| 288. | | | | | Buy (add'l) | 01/21/16 | J | | |
| 289. | | | | | Buy (add'l) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 291. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 292. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 293. | | | | | Sold (part) | 03/23/16 | J | A | |
| 294. | | | | | Sold | 04/11/16 | J | A | |
| 295. - Wells Fargo | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 296. | | | | | Sold | 04/11/16 | J | A | |
| 297. - Zimmer Biomet Hldgs Inc | A | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 298. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 299. | | | | | Sold | 04/11/16 | J | A | |
| 300. - Genpact Ltd | | None | | | Sold (part) | 03/23/16 | J | A | |
| 301. | | | | | Sold | 04/11/16 | J | A | |
| 302. - Medtronic Plc Shs | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 303. | | | | | Sold (part) | 03/23/16 | J | A | |
| 304. | | | | | Sold | 04/11/16 | J | A | |
| 305. - Nielsen Holdings Plc Shs | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 306. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - XL Group Plc Shs | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 308. | | | | | Sold | 04/11/16 | J | A | |
| 309. - Lyondellbasell Industries | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 310. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 311. | | | | | Sold (part) | 03/23/16 | J | A | |
| 312. | | | | | Sold | 03/30/16 | J | A | |
| 313. - NXP Semiconductors | | None | | | Sold (part) | 03/23/16 | J | A | |
| 314. | | | | | Sold | 04/11/16 | J | A | |
| 315. - AES Corp | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 316. | | | | | Buy (add'l) | 03/10/16 | J | | |
| 317. | | | | | Sold (part) | 03/23/16 | J | A | |
| 318. | | | | | Sold | 04/11/16 | J | A | |
| 319. - AECOM | | None | | | Sold | 04/11/16 | J | A | |
| 320. - Akzo | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 321. | | | | | Sold (part) | 03/23/16 | J | A | |
| 322. | | | | | Sold | 04/11/16 | J | A | |
| 323. - Alphabet Inc Cap Stk Cl C | | None | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Alphabet Inc Cap Stk Cl A | | None | | | Sold (part) | 03/23/16 | J | A | |
| 325. | | | | | Sold | 04/11/16 | J | A | |
| 326. - Amazon | | None | | | Sold | 04/11/16 | J | B | |
| 327. - Amphenol Corp New Cl A | | None | | | Sold (part) | 03/23/16 | J | B | |
| 328. | | | | | Sold | 04/11/16 | J | A | |
| 329. - Ansys Inc | | None | | | Sold (part) | 03/23/16 | J | A | |
| 330. | | | | | Sold | 04/11/16 | J | A | |
| 331. - Apache Corp | A | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 332. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 333. | | | | | Sold (part) | 03/23/16 | J | A | |
| 334. | | | | | Sold | 04/11/16 | J | A | |
| 335. - Apple Inc | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 336. | | | | | Sold (part) | 02/08/16 | J | A | |
| 337. | | | | | Sold (part) | 02/10/16 | J | A | |
| 338. | | | | | Sold (part) | 03/23/16 | J | A | |
| 339. | | | | | Sold | 04/11/16 | J | A | |
| 340. - Artisan International | | None | | | Sold (part) | 03/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 03/23/16 | J | A | |
| 342. | | | | | Sold | 04/11/16 | L | A | |
| 343. - Baxalta Inc | A | Dividend | | | Sold (part) | 01/26/16 | J | A | |
| 344. | | | | | Sold (part) | 02/11/16 | J | A | |
| 345. | | | | | Sold (part) | 03/23/16 | J | A | |
| 346. | | | | | Sold | 04/11/16 | J | A | |
| 347. - Baxter Intl Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 348. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 349. | | | | | Sold (part) | 03/23/16 | J | A | |
| 350. | | | | | Sold | 04/11/16 | J | A | |
| 351. - Bristol Myers Squibb Co | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 352. | | | | | Sold | 04/11/16 | J | A | |
| 353. - Brown Advisory Small Cap | | None | | | Sold (part) | 03/01/16 | J | A | |
| 354. | | | | | Sold (part) | 03/23/16 | J | A | |
| 355. | | | | | Sold | 04/11/16 | J | A | |
| 356. - Capital One Finl Corp | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 357. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Cisco Systems Inc | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 359. | | | | | Sold | 04/11/16 | J | A | |
| 360. - Cognizant Technology | | None | | | Sold (part) | 03/23/16 | J | A | |
| 361. | | | | | Sold (part) | 03/24/16 | J | A | |
| 362. | | | | | Sold (part) | 04/05/16 | J | A | |
| 363. | | | | | Sold | 04/11/16 | J | A | |
| 364. - Community Health Sys Inc | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 365. | | | | | Sold | 03/10/16 | J | A | |
| 366. - Costco Wholesale Corp | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 367. | | | | | Sold | 04/11/16 | J | A | |
| 368. - Deutsche X-Trackers | | None | | | Sold (part) | 03/01/16 | J | A | |
| 369. | | | | | Sold (part) | 03/23/16 | J | A | |
| 370. | | | | | Sold | 04/11/16 | L | A | |
| 371. - Danaher Corp | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 372. | | | | | Sold | 04/11/16 | J | A | |
| 373. - Davita Healthcare PA | | None | | | Sold (part) | 03/23/16 | J | A | |
| 374. | | | | | Sold | 04/11/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.   - Discover Finl Svcs | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 376. | | | | | Sold (part) | 03/23/16 | J | A | |
| 377. | | | | | Sold | 04/11/16 | J | A | |
| 378.   - Dynegy Inc | | None | | | Buy (add'l) | 04/06/16 | J | | |
| 379. | | | | | Sold | 04/11/16 | J | A | |
| 380.   - Eaton Vance Income Fund | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 381. | | | | | Sold (part) | 03/23/16 | J | A | |
| 382. | | | | | Sold | 04/11/16 | J | A | |
| 383.   - Ecolab | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 384. | | | | | Sold | 04/11/16 | J | A | |
| 385.   - Ericsson L M Tel Co | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 386. | | | | | Sold (part) | 03/23/16 | J | A | |
| 387. | | | | | Sold | 04/11/16 | J | A | |
| 388.   - Express Scripts Hldg Co | | None | | | Sold (part) | 02/03/16 | J | A | |
| 389. | | | | | Sold | 04/11/16 | J | A | |
| 390.   - FMC Technologies Inc | | None | | | Sold (part) | 01/12/16 | J | A | |
| 391. | | | | | Sold (part) | 01/14/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold (part) | 01/21/16 | J | A | |
| 393. | | | | | Sold (part) | 01/25/16 | J | A | |
| 394. | | | | | Sold | 02/03/16 | J | A | |
| 395. - Facebook Inc | | None | | | Sold (part) | 03/23/16 | J | A | |
| 396. | | | | | Sold | 04/11/16 | J | A | |
| 397. - Fastenal Co | A | Dividend | | | Sold (part) | 02/26/16 | J | A | |
| 398. | | | | | Sold (part) | 03/23/16 | J | A | |
| 399. | | | | | Sold | 04/11/16 | J | A | |
| 400. - GNC Hldgs Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 401. | | | | | Sold (part) | 03/23/16 | J | A | |
| 402. | | | | | Sold | 04/11/16 | J | A | |
| 403. - Gap Inc Com | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 404. | | | | | Sold (part) | 03/23/16 | J | A | |
| 405. | | | | | Sold | 04/11/16 | J | A | |
| 406. - Genworth Finl Inc | | None | | | Sold (part) | 03/23/16 | J | A | |
| 407. | | | | | Sold | 04/11/16 | J | A | |
| 408. - Gulfport Energy Corp | | None | | | Buy (add'l) | 03/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 03/23/16 | J | A | |
| 410. | | | | | Sold | 04/11/16 | J | A | |
| 411. - Hartford Finl Svcs | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 412. | | | | | Sold | 04/11/16 | J | A | |
| 413. - The Hartford Small Cap | | None | | | Sold (part) | 03/01/16 | J | A | |
| 414. | | | | | Sold (part) | 03/23/16 | J | A | |
| 415. | | | | | Sold | 04/11/16 | J | A | |
| 416. - Honeywell Intl Inc | A | Dividend | | | Sold | 03/23/16 | J | A | |
| 417. - Interpublic Group Co | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 418. - Intuitive Surgical Inc | | None | | | Sold | 04/11/16 | J | B | |
| 419. - Ishares Tr Russell | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 420. | | | | | Sold (part) | 03/23/16 | J | A | |
| 421. | | | | | Sold | 04/11/16 | J | A | |
| 422. - JP Morgan Chase & Co | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 423. | | | | | Sold | 04/11/16 | J | A | |
| 424. - Keycorp New Com | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 425. | | | | | Buy (add'l) | 03/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 03/23/16 | J | A | |
| 427. | | | | | Sold | 04/11/16 | J | A | |
| 428. - Kroger Co | A | Dividend | | | Sold (part) | 03/30/16 | J | A | |
| 429. | | | | | Sold | 04/11/16 | J | A | |
| 430. - Estee Lauder | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 431. | | | | | Sold | 04/11/16 | J | B | |
| 432. - Lear Corp | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 433. | | | | | Sold (part) | 03/23/16 | J | A | |
| 434. | | | | | Sold | 04/11/16 | J | A | |
| 435. - Clearbridge Aggressive Growth | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 436. | | | | | Sold (part) | 03/23/16 | J | A | |
| 437. | | | | | Sold | 04/11/16 | J | A | |
| 438. - Western Asset Institutional | | None | | | Sold | 03/01/16 | J | A | |
| 439. - Lincoln Natl Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 440. | | | | | Sold (part) | 03/23/16 | J | A | |
| 441. | | | | | Sold | 04/11/16 | J | A | |
| 442. - Lord Abbett Intermediate Tax Free Fund | B | Dividend | | | Sold (part) | 03/01/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 38

**Name of Person Reporting**

CECCHI, CLAIRE C.

**Date of Report**

12/19/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 03/23/16 | J | A | |
| 444. | | | | | Sold | 04/11/16 | L | A | |
| 445.  - MFS International | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 446. | | | | | Sold (part) | 03/23/16 | J | A | |
| 447. | | | | | Sold | 04/11/16 | L | A | |
| 448.  - Macy's Inc | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 449. | | | | | Sold | 04/11/16 | J | A | |
| 450.  - Marathon Oil Comp | A | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 451. | | | | | Sold (part) | 03/23/16 | J | A | |
| 452. | | | | | Sold | 04/11/16 | J | A | |
| 453.  - Marathon Pete Corp | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 454. | | | | | Buy (add'l) | 03/23/16 | J | | |
| 455. | | | | | Sold | 04/11/16 | J | A | |
| 456.  - Mead Johnson Nutrition | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 457. | | | | | Sold (part) | 03/23/16 | J | A | |
| 458. | | | | | Sold | 04/11/16 | J | A | |
| 459.  - Metlife Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 38

**Name of Person Reporting**

CECCHI, CLAIRE C.

**Date of Report**

12/19/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | Sold (part) | 03/23/16 | J | A | |
| 461. | | | | | Sold | 04/06/16 | J | A | |
| 462. - Morgan Stanley | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 463. | | | | | Sold (part) | 03/23/16 | J | A | |
| 464. | | | | | Sold | 04/11/16 | J | A | |
| 465. - Nasdaq Inc | A | Dividend | | | Sold (part) | 03/02/16 | J | A | |
| 466. | | | | | Sold (part) | 03/17/16 | J | A | |
| 467. | | | | | Sold (part) | 03/23/16 | J | A | |
| 468. | | | | | Sold | 04/11/16 | J | A | |
| 469. - National Instrs Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 470. | | | | | Sold (part) | 03/23/16 | J | A | |
| 471. | | | | | Sold | 04/11/16 | J | A | |
| 472. - Netsuite Inc | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 473. | | | | | Sold (part) | 03/23/16 | J | A | |
| 474. | | | | | Sold | 04/11/16 | J | A | |
| 475. - Newell Rubbermaid Inc | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 476. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Outfront Media Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 478. | | | | | Sold (part) | 03/17/16 | J | A | |
| 479. | | | | | Sold (part) | 03/23/16 | J | A | |
| 480. | | | | | Sold | 04/11/16 | J | A | |
| 481.  - Pfizer Inc | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 482. | | | | | Sold | 04/11/16 | J | A | |
| 483.  - Prudential Finl Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 484. | | | | | Sold (part) | 03/23/16 | J | A | |
| 485. | | | | | Sold | 04/11/16 | J | A | |
| 486.  - Qualcomm Inc | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 487. | | | | | Sold (part) | 03/23/16 | J | A | |
| 488. | | | | | Sold | 04/11/16 | J | A | |
| 489.  - Quest Diagnostics Inc | A | Dividend | | | Sold (part) | 02/23/16 | J | A | |
| 490. | | | | | Sold (part) | 03/10/16 | J | A | |
| 491. | | | | | Sold | 03/22/16 | J | A | |
| 492.  - Raytheon Co | A | Dividend | | | Sold (part) | 01/26/16 | J | A | |
| 493. | | | | | Sold (part) | 03/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 03/23/16 | J | A | |
| 495. | | | | | Sold | 04/11/16 | J | A | |
| 496. - Regions Finl Corp | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 497. | | | | | Sold (part) | 03/23/16 | J | A | |
| 498. | | | | | Sold | 04/11/16 | J | A | |
| 499. - T Rowe Price Blue Chip | | None | | | Sold (part) | 03/23/16 | J | A | |
| 500. | | | | | Sold | 04/11/16 | L | D | |
| 501. - SLM Corp | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 502. | | | | | Sold (part) | 03/23/16 | J | A | |
| 503. | | | | | Sold | 04/11/16 | J | A | |
| 504. - Salesforce.com | | None | | | Sold (part) | 03/23/16 | J | A | |
| 505. | | | | | Sold | 04/11/16 | J | A | |
| 506. - Schwab Charles Corp | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 507. | | | | | Sold | 04/11/16 | J | A | |
| 508. - Starbucks Corp | A | Dividend | | | Sold (part) | 02/08/16 | J | A | |
| 509. | | | | | Sold (part) | 03/23/16 | J | A | |
| 510. | | | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

12/19/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Starwood Ppty | A | Dividend | | | Buy (add'l) | 03/01/16 | J | | |
| 512. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 513. | | | | | Sold | 04/11/16 | J | A | |
| 514. - Stericycle Inc | | None | | | Sold (part) | 02/03/16 | J | A | |
| 515. | | | | | Sold (part) | 02/26/16 | J | A | |
| 516. | | | | | Sold (part) | 02/29/16 | J | A | |
| 517. | | | | | Sold | 04/11/16 | J | A | |
| 518. - Suncor Energy Inc | | None | | | Sold (part) | 01/13/16 | J | A | |
| 519. | | | | | Sold | 02/11/16 | J | A | |
| 520. - Telephone & Data Sys Inc | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 521. | | | | | Sold (part) | 03/23/16 | J | A | |
| 522. | | | | | Sold | 04/11/16 | J | A | |
| 523. - Teradyne Inc | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 524. | | | | | Sold (part) | 03/23/16 | J | A | |
| 525. | | | | | Sold | 04/11/16 | J | A | |
| 526. - Teva Pharmaceutical Ind | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 527. - Tripadvisor Inc | | None | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Tupperware Brands Co | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 529. | | | | | Sold | 04/11/16 | J | A | |
| 530. - Tyson Foods Inc | A | Dividend | | | Sold (part) | 02/11/16 | J | A | |
| 531. | | | | | Sold (part) | 03/23/16 | J | A | |
| 532. | | | | | Sold | 04/11/16 | J | A | |
| 533. - UGI Corp | A | Dividend | | | Sold (part) | 03/01/16 | J | A | |
| 534. | | | | | Sold | 04/11/16 | J | A | |
| 535. - United States Cellular Corp | | None | | | Sold | 03/02/16 | J | A | |
| 536. - Valero Energy Corp | A | Dividend | | | Sold (part) | 01/05/16 | J | A | |
| 537. | | | | | Sold (part) | 01/20/16 | J | A | |
| 538. | | | | | Sold (part) | 03/23/16 | J | A | |
| 539. | | | | | Sold | 04/11/16 | J | A | |
| 540. - Verizon Communications Inc | A | Dividend | | | Sold (part) | 01/20/16 | J | A | |
| 541. | | | | | Sold (part) | 01/26/16 | J | A | |
| 542. | | | | | Sold (part) | 02/11/16 | J | A | |
| 543. | | | | | Sold (part) | 02/17/16 | J | A | |
| 544. | | | | | Sold | 02/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Visa Inc | A | Dividend | | | Sold (part) | 02/05/16 | J | A | |
| 546. | | | | | Sold (part) | 03/23/16 | J | A | |
| 547. | | | | | Sold | 04/11/16 | J | A | |
| 548. - Virtus Emerging Mkts | | None | | | Sold (part) | 03/01/16 | J | A | |
| 549. | | | | | Sold (part) | 03/23/16 | J | A | |
| 550. | | | | | Sold | 04/11/16 | K | A | |
| 551. - Wells Fargo & Co | A | Dividend | | | Sold (part) | 03/17/16 | J | A | |
| 552. | | | | | Sold (part) | 03/22/16 | J | A | |
| 553. | | | | | Sold (part) | 03/23/16 | J | A | |
| 554. | | | | | Sold | 04/11/16 | J | A | |
| 555. - Zimmer Biomet Hldgs Inc | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 556. | | | | | Sold | 04/11/16 | J | A | |
| 557. | | | | | | | | | |
| 558. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 12/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, line 22 of prior (2015 prior amended) report is no longer reportable due to a reduction of income and value.

CECCHI, CLAIRE C.

12/19/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ CLAIRE C. CECCHI

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544